IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GERARD DOUGLAS BUCKNER (# 109750)**                      **PLAINTIFF**

**v.**                             **No. 4:08CV149-A-S**

**CHRISTOPHER EPPS, ET AL.**                               **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, all of the plaintiff's claims against Christopher Epps are hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted. The plaintiff's claims against defendant Dr. Benford for denial of adequate medical care shall, however, **PROCEED**.

**SO ORDERED,** this the   26th   day of November, 2008.

                                         **/s/ Sharion Aycock**
                                         **U. S. DISTRICT JUDGE**