**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**GERARD DOUGLAS BUCKNER**                                            **PLAINTIFF**

**v.**                            **No. 4:08CV149-A-S**

**CHRISTOPHER EPPS, ET AL.**                                         **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the defendant's motion [22] for summary judgment is **GRANTED**, and judgment is hereby **ENTERED** for the defendants. In addition, for the reasons set forth in the court's memorandum opinion, the plaintiff's motion [46] to call witnesses is **DISMISSED**.

**SO ORDERED,** this the 19th day of January, 2010.

                                                            /s/ Sharion Aycock
                                                            **U.S. DISTRICT JUDGE**